**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al., <br><br> Defendants - Appellants. | No. 25-2358 <br><br> D.C. No. 3:25-cv-02847-AMO <br> Northern District of California, San Francisco <br><br> ORDER |

Before: TASHIMA, OWENS, and DESAI, Circuit Judges.

We conclude that the temporary restraining order is not appealable under 28 U.S.C. § 1292(a)(1). *See E. Bay Sanctuary Covenant v. Trump*, 932 F.3d 742, 762 (9th Cir. 2018) (explaining factors the court considers in determining whether a temporary restraining order is appealable as a preliminary injunction); *see also Washington v. Trump*, 847 F.3d 1151, 1158 (9th Cir. 2017) (per curiam). We therefore dismiss this appeal and deny the emergency motion (Docket Entry No. 5) as moot.

**DISMISSED.**