```
                                                            FILED
         UNITED STATES COURT OF APPEALS
                                                            APR 24 2025
             FOR THE NINTH CIRCUIT
                                                         MOLLY C. DWYER, CLERK
                                                          U.S. COURT OF APPEALS
```

| | |
|---|---|
| COMMUNITY LEGAL SERVICES IN EAST PALO ALTO; et al., | No. 25-2358 |
| Plaintiffs - Appellees, | D.C. No. 3:25-cv-02847-AMO Northern District of California, San Francisco |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al., | ORDER |
| Defendants - Appellants. | |

Before: TASHIMA, OWENS, and DESAI, Circuit Judges.

The petition for rehearing en banc (Docket Entry No. 17) is denied on behalf of the court. *See* 9th Cir. Gen. Ord. 6.11.