UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

MAY 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

COMMUNITY LEGAL SERVICES IN
EAST PALO ALTO; et al.,

          Plaintiffs - Appellees,

 v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES; et
al.,

          Defendants - Appellants.

No. 25-2358

D.C. No.
3:25-cv-02847-AMO

Northern District of California,
San Francisco

MANDATE

The judgment of this Court, entered April 18, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

          FOR THE COURT:

          MOLLY C. DWYER
          CLERK OF COURT